Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18−25452
Chapter: 7
Judge: Pamela S. Hollis

In Re:
   Gregory Chellino
   1409 Mills Road
   Joliet, IL 60433

Social Security No.:
   xxx−xx−9369

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held at:

   Joliet City Hall, 150 W Jefferson Street, 2nd Floor, Joliet, IL 60432

   on October 19, 2018 at 10:00 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

FOR THE COURT

Dated: September 26, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

Form ntchrgRq

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Gregory Chellino　　　　　　　　　　　　　　　　Case No. :　18−25452
1409 Mills Road　　　　　　　　　　　　　　　　 Chapter :　 7
Joliet, IL 60433　　　　　　　　　　　　　　　　　Judge :　　Pamela S. Hollis
SSN: xxx−xx−9369 EIN: N.A.

## FINAL NOTICE OF DEFICIENCY AND
## HEARING ON DISMISSAL OF CASE

　　Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

　　The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Statement of Monthly Income (Form 122A−1/122A−1Supp).**

　　Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

　　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT

Dated: September 26, 2018　　　　　　　　　　　Jeffrey P. Allsteadt, Clerk
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 18-25452-PSH
Gregory Chellino                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan            Page 1 of 2          Date Rcvd: Sep 26, 2018
                              Form ID: ntchrgRq          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
```
db            +Gregory Chellino,    1409 Mills Road,    Joliet, IL 60433-9561
27102029      +BMO Harris Bank NA,    c/o James K Haney / Wong Fleming PC,    821 Alexander Rd., Ste. 200,
                Princeton, NJ 08540-6352
27102033      +Chellino Crane,    915 Rowell,    Joliet, IL 60433-2526
27102031      +Chellino Crane,    915 Rowell Ave,    Joliet, IL 60433-2526
27102035      +DeLage Landen Financial Services,    c/o Aaron E Davis - Bryan Cave,    161 N Clark St,
                Chicago, IL 60601-3206
27102037       Equify Financial LLC,    c/o Aimee Furness - Haynes & Boone,    2328 Victory Ave., Ste. 700,
                Dallas, TX 75219
27102038      +Everbank Commercial Finance, Inc.,    c/o Brian Bedinghaus - Roetzel & An,
                20 S Clark St., Ste. 300,    Chicago, IL 60603-1896
27102039      +First Midwest Bank,    c/o William McKenna-Foley & Lardner,    321 N Clark #2800,
                Chicago, IL 60654-5313
27102041      +Frank Chellino,    253 Wood Ave.,    New Lenox, IL 60451-1151
27102040      +Frank Chellino,    253 Wood St.,    New Lenox, IL 60451-1151
27102043      +G&B Equipment LLC,    915 Rowell Ave,    Joliet, IL 60433-2526
27102044     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                CHICAGO IL 60664-0291
               (address filed with court:  Illinois Department of Revenue,    Attn: Traci Skeeters,
                P.O. Box 19035,    Springfield, IL 62794)
27102045      +Joji Takada, Chapter 7 Trustee,    Joseph D. Frank Frank Gecker LLP,
                325 N. LaSalle St., Suite 625,    Chicago, IL 60654-6465
27102046      +Kalamata Capital LLC,    c/o General Counsel,    7315 Wisconsin Ave, Suite 950,
                Bethesda, MD 20814-3202
27102047      +Merchants Bank Equipment Finance,    c/o Gary Eugene Green-Clark Hill PL,
                130 E. Randolph St., Ste. 3900,    Chicago, IL 60601-6317
27102048      +Michael A Gehret,    Snell & Wilmer LLP,    15 W South Temple, Ste. 1200,
                Salt Lake City, UT 84101-1547
27102049       Nations Fund I, LLC,    c/o Eric M Grant-Yamon & Grant,    Waterbury, CT 06702
27102050      +People s Capital and Leasing Corp.,    c/o  Dressler Peters, LLC,    70 W Hubbard St., Ste. 200,
                Chicago, IL 60654-5677
27102051      +Scott Heffron,    Assistant United States Attorney,    219 South Dearborn Street,
                Chicago, IL 60604-1702
27102052      +Siemens Financial Services, Inc.,    Charles R. Woolley- Askounis & Darc,
                444 N. Michigan Ave. Suite 3270,    Chicago, IL 60611-3906
27102053      +Signature Financial, LLC,    c/o Daniel Jackson-Vedder Price,    222 N LaSalle St., Ste. 2600,
                Chicago, IL 60601-1104
27102054      +Small Business Financial Solutions,,    c/o Raleigh Lancaster,    4500 East-West Hwy, 6th Fl,
                Bethesda, MD 20814-3327
27102055      +Sterling National Bank,    c/o Charles Woolley-Askounis & Darc,    444 N Michigan Ave Ste 3270,
                Chicago, IL 60611-3906
27102056      +Steve McGann,    1719 New Lenox Road,    Joliet, IL 60433-9717
27102057      +Sumitomo Mitsui Finance and Leasing,    Christopher Cahill-Lowis & Gellen,
                175 W. Jackson Blvd. Suite 950,    Chicago, IL 60604-2615
27102058      +Super G Funding, LLC,    c/o Kevin G. Schneider-Neal Gerber,    2 N. LaSalle St., Suite 1700,
                Chicago, IL 60602-4000
27102059      +TBK Bank SSB dba Triumph Commercial,    Benjamin Lee Ellison-Dorsey & Whitn,
                50 South Sixth St., Ste. 1500,    Minneapolis, MN 55402-1498
27102060      +TCF Equipment Finance,    Paulina Garga-Chmiel,    30 S Wacker Dr., Ste. 2600,
                Chicago, IL 60606-7512
27102061      +United States Small Business Admin,    500 W. Madison, Suite 1150,    Chicago, IL 60661-2566
27102062      +Wells Fargo Equipment Finance, Inc.,    c/o Mark A Bradford-Duane Morris,
                190 S LaSalle St., Suite 3700,    Chicago, IL 60603-3433
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
27102028      +E-mail/Text: bankruptcies@berkshirebank.com Sep 27 2018 02:04:13     Berkshire Bank,
                PO Box 1308,    Pittsfield, MA 01202-1308
27102030      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2018 01:58:35      Capital One,
                P.O. Box 6492,    Carol Stream, IL 60197-6492
27102034      +E-mail/Text: bjones@cbankus.com Sep 27 2018 02:01:50     Continental Bank,
                c/o Bradley R. Jones PC,    15 West South Temple, Ste. 420,    Salt Lake City, UT 84101-1514
27102036      +E-mail/Text: cio.bncmail@irs.gov Sep 27 2018 02:02:11     Department of the Treasury   IRS,
                Attn: Jon Sustarich,    200 W Adams St., Ste. 600,    Chicago, IL 60606-5218
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27102032*     +Chellino Crane,    915 Rowell Ave.,    Joliet, IL 60433-2526
27102042*     +Frank Chellino,    253 Wood St,    New Lenox, IL 60451-1151
                                                                                              TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0752-1          User: esullivan           Page 2 of 2                  Date Rcvd: Sep 26, 2018
                              Form ID: ntchrgRq         Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
```
              Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
              Thomas R. Fawkes    on behalf of Debtor 1 Gregory  Chellino tomf@goldmclaw.com
                                                                                     TOTAL: 3
```